UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRITTA W., <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>KILOLO KIJAKAZI, Commissioner of Social Security, <br><br>　　　　　　　　　　Defendant. | Case No.:  22cv1668-KSC <br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

　　　　On May 4, 2020, plaintiff Shyritta W. commenced an action against Kilolo Kijakazi, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed In Forma Pauperis ("IFP Application"). Doc. No. 3. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and

still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states plaintiff is unemployed and has limited income and assets. Doc. No. 3 at 1-2. Specifically, plaintiff receives $250 per month in public assistance, and $472 per month in "general relief." *Id.* at 2. Plaintiff's monthly expenses, which include food, transportation, and shelter, total $675. *Id.* at 4-5. Plaintiff further notes "food stamps will be ceasing next month." *Id.* at 5. Because plaintiff can barely cover the costs of living under the status quo, and plaintiffs financial situation will only be getting worse,, the Court finds plaintiff has shown good cause to proceed in forma pauperis. Accordingly, plaintiff's IFP Application is GRANTED.

Dated: October 26, 2022

Hon. Karen S. Crawford
United States Magistrate Judge