UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRITTA W.,<br><br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>      Defendant. | Case No.:  22cv1668<br><br>**Order Granting Joint Motion For Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment [Doc. No. 15]** |

  Plaintiff Shyritta W. filed this action challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Doc. No. 1. This Court directed the parties to explore informal resolution of the matter through the meet-and-confer process. *See* Doc. No. 13. On February 9, 2023, the parties filed a Joint Motion for Voluntary Remand to [the] Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. Doc No. 15.

  Having reviewed the Complaint and the parties' Joint Motion, the Court **GRANTS** the Joint Motion. Upon remand, the Agency will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the Agency to reevaluate the evidence and issue a new decision. The Clerk of Court is **DIRECTED** to enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and remanding this action to the Agency. The entry of judgment will begin the running of the

thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B); *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

    IT IS SO ORDERED.

Dated: February 9, 2023

Hon. Karen S. Crawford
United States Magistrate Judge