

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Shyritta Wells

                 **Plaintiff,**

              V.

Kilolo Kijakazi, Acting Commissioner of Social Security

                 **Defendant.**

Civil Action No.   22-cv-01668-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS the Joint Motion. Upon remand, the Agency will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the Agency to reevaluate the evidence and issue a new decision. Final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and remanding this action to the Agency. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act.
See 28 U.S.C. § 2412(d)(1)(B); Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).

Date:   2/9/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo

                               L. Sotelo, Deputy